**EXHIBIT 1**



# United States of America
## United States Patent and Trademark Office

# LIFE SMART

**Reg. No. 3,848,543**  SOURCE NETWORK SALES AND MARKETING, INC. (TEXAS CORPORATION)
                        4420 CASTLEGLEN DRIVE
**Registered Sep. 14, 2010**  PLANO, TX 75093

**Int. Cl.: 11**  FOR: HOT TUBS; SPAS IN THE NATURE OF HEATED POOLS; AND SAUNAS, IN CLASS
                  11 (U.S. CLS. 13, 21, 23, 31 AND 34).

**TRADEMARK**  FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
                        TICULAR FONT, STYLE, SIZE, OR COLOR.

                        SN 77-690,403, FILED 3-13-2009.

                        SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**EXHIBIT 2**



**EXHIBIT 3**



# INVOICE

## TC UNLIMITED INC.

| | |
|---|---|
| 4755 Zinfandel Court | INV / P.O. NO.   DC-5009 |
| Ontario CA 91761 | DATE   August 24, 2009 |
| 909-597-8588 | CUSTOMER ID   Container 2 / MO90133 |

SHIP TO   SOURCE NETWORK

P.O. BOX

PLANO, TX 75026

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| 40FT HQ BY CONTAINER OCEAN | 50% AT DOCK / 50% NET 30 | |

| QTY | ITEM # | DESCRIPTION | | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 400 | LS-STH-1500-OAK | LIFESMART SPACE HEATER IR | | $   130.00 | $   52,000.00 |
| 250 | LS-STH-1500-WAL | LIFESMART SPACE HEATER IR | | $   130.00 | $   32,500.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | $   84,500.00 |
| | | | | SALES TAX | |
| | | | | TOTAL | $  84,500.00 |

PLEASE REMIT PAYMENT TO:

MARKETOP TRADING CORP

ACCOUNT #357588

BENEFICIARY BANK

EFG PRIVATE BANK S.A., HONG KONG

41ST FLOOR, TWO EXCHANGE SQUARE, 8 CONNAUGHT

PLACE, CENTRAL, HONG KONG

SWIFT: EFGBHKHH

Ackolwedged by _____          Date _____

**EXHIBIT 4**



**EXHIBIT 5**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86204239**
**Filing Date: 02/26/2014**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\862\042\86204239\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | lifeSMART |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized word lifeSMART. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 900 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Ningbo Desa Electrical Manufacturing Co., Ltd. |
| *STREET | Haiyanmiao Village,Fuhai Town, |
| *CITY | Cixi City,Zhejiang, |

| | |
|---|---|
| **\*COUNTRY** | China |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY OF INCORPORATION** | China |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\*INTERNATIONAL CLASS** | 011 |
| **\*IDENTIFICATION** | Air conditioning installations; Air purifying apparatus and machines; Drying apparatus for use in heating, ventilation systems, air conditioning systems and refrigeration systems; Electric fans for personal use; Electric radiators; Fans for air conditioning apparatus; Fireplaces, domestic; Non-electric pocket warmers, namely, chemically-activated heating packets for warming hands; Portable electric warm air dryer; Water purifying apparatus |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 04/10/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/15/2010 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\862\042\86204239\xml1\ FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | Product Photo |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **\*TRANSLATION (if applicable)** | |
| **\*TRANSLITERATION (if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION (if applicable)** | |
| **\*CONSENT (NAME/LIKENESS) (if applicable)** | |
| **\*CONCURRENT USE CLAIM (if applicable)** | |
| **SIGNIFICANCE OF MARK** | lifeSMART appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any meaning in a foreign language. |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Richel Lee |
| ATTORNEY DOCKET NUMBER | US2014-12 |
| INTERNAL ADDRESS | RM606,NO.1 Changdi Torch Bldg |
| STREET | NO.259,Wensan Road, |
| CITY | Hangzhou,Zhejiang, |
| COUNTRY | China |
| EMAIL ADDRESS | daisywzmark@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| CORRESPONDENCE INFORMATION | |
| *NAME | Richel Lee |
| INTERNAL ADDRESS | RM606,NO.1 Changdi Torch Bldg |
| *STREET | NO.259,Wensan Road, |
| *CITY | Hangzhou,Zhejiang, |
| *COUNTRY | China |
| *EMAIL ADDRESS | daisywzmark@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Richel Lee/ |
| * SIGNATORY'S NAME | Richel Lee |
| * SIGNATORY'S POSITION | Duly Authorized Officer |
| * DATE SIGNED | 02/26/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86204239**
**Filing Date: 02/26/2014**

## To the Commissioner for Trademarks:

**MARK:** lifeSMART (stylized and/or with design, see [mark](mark))

The literal element of the mark consists of lifeSMART.
The applicant is not claiming color as a feature of the mark. The mark consists of the stylized word lifeSMART.
The applicant, Ningbo Desa Electrical Manufacturing Co., Ltd., a corporation of China, having an address of

> Haiyanmiao Village,Fuhai Town,
> Cixi City,Zhejiang,
> China

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 011:  Air conditioning installations; Air purifying apparatus and machines; Drying apparatus for use in heating, ventilation systems, air conditioning systems and refrigeration systems; Electric fans for personal use; Electric radiators; Fans for air conditioning apparatus; Fireplaces, domestic; Non-electric pocket warmers, namely, chemically-activated heating packets for warming hands; Portable electric warm air dryer; Water purifying apparatus

In International Class 011, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/10/2009, and first used in commerce at least as early as 01/15/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Product Photo.
[Specimen File1](Specimen File1)

lifeSMART appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any

meaning in a foreign language.

The applicant's current Attorney Information:
    Richel Lee
    RM606,NO.1 Changdi Torch Bldg
    NO.259,Wensan Road,
    Hangzhou,Zhejiang,
    China
The attorney docket/reference number is US2014-12.

 The applicant's current Correspondence Information:
    Richel Lee
    RM606,NO.1 Changdi Torch Bldg
    NO.259,Wensan Road,
    Hangzhou,Zhejiang,, China
    daisywzmark@gmail.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Richel Lee/   Date Signed: 02/26/2014
Signatory's Name: Richel Lee
Signatory's Position: Duly Authorized Officer

RAM Sale Number: 86204239
RAM Accounting Date: 02/26/2014

Serial Number: 86204239
Internet Transmission Date: Wed Feb 26 03:57:05 EST 2014
TEAS Stamp: USPTO/FTK-122.85.17.5-201402260357054915

04-86204239-500386d80471e2501f0c7a78ba5f
5afeebc485759385f448edca1ac7ab01315aa-CC
-12151-20140226033715303813

